**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MATTHEW BRUNO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil No.   13-cv-864-CJP** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is defendant's Agreed Motion to Award Attorney Fees and Expenses.   **(Doc. 35).**

The parties have agreed that plaintiff is entitled to an award of fees, costs and expenses in the amount of $7,618.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Motion **(Doc. 35)** is **GRANTED**.   The Court awards plaintiff Matthew Bruno the sum of **$7,618.00** for attorney's fees, costs and expenses pursuant to the Equal Access to Justice Act.   These funds shall be payable to plaintiff, per ***Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).**   However, in accordance

1

with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   April 28, 2014.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**